THE PEOPLE OF THE STATE OF NEW YORK, Respondent, *v.* ABRAHAM LEWIS, Appellant.

*People* v. *Lewis*, 143 App. Div. 941, affirmed.
(Argued December 6, 1911; decided December 22, 1911.)

APPEAL from an order of the Appellate Division of the Supreme Court in the second judicial department, entered March 3, 1911, which affirmed a judgment of the Kings County Court rendered upon a verdict convicting defendant of the crime of robbery in the first degree.

*Thomas Kelby* for appellant.

*John F. Clarke, District Attorney* (*Peter P. Smith* of counsel), for respondent.

Judgment of conviction affirmed; no opinion.
Concur: CULLEN, Ch. J., GRAY, HAIGHT, VANN, WERNER, WILLARD BARTLETT and CHASE, JJ.